UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS DERISE CORBRAY,<br><br>                  Petitioner,<br><br>    v.<br><br>JASON BENNETT,<br><br>                  Respondent. | CASE NO. 2:24-cv-00076-KKE-BAT<br><br>**ORDER STRIKING PETITIONER'S PROPOSED MOTIONS AND REQUESTS, DKTS 6-10** |

      Petitioner has submitted a federal habeas petition seeking relief from his 2002 Pierce County convictions for Rape in the First Degree and Assault in the Second Degree in criminal case number 01-1-04411-9.

      Petitioner requests this Court order the Pierce County Superior Court to find that the judgment and sentence imposed in the above state case number is invalid and unenforceable and that Petitioner's case requires "immediate action" or immediate release from incarceration.

      However, as Petitioner has neither paid the filing fee nor submitted a sufficient application to proceed *in forma pauperis* (IFP) the Court ORDERS:

      1.    Petitioner's proposed motion for appointment of counsel, Dkt. 6, proposed certification, Dkt. 7, proposed motions for judicial notice, Dkts. 8, 9, and 10 are STRICKEN.

      2.    The clerk shall provide Petitioner a copy of this Order.

DATED this 29th day of January, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER STRIKING PETITIONER'S
PROPOSED MOTIONS AND REQUESTS,
DKTS 6-10 - 2